IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | | |
|---|---|---|---|
| LOGAN M. DRUMM, | § | | |
| ID # 2032303, | § | | |
| Plaintiff, | § | | |
| | § | | |
| v. | § | Civil Action No. 3:16-CV-3482-M-BH | |
| | § | | |
| SHERIFF LUPE VALDEZ, et al., | § | | |
| Defendants. | § | Referred to U.S. Magistrate Judge | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, all claims against all defendants, except for the excessive force claims against Valero, Weeks, Mosely, Haggerman, Bailey, and Benson, and the failure to intervene claims against Gibbons, Sanders, Valero, Bailey, and Benson, are dismissed. The Court will enter a separate judgment formally dismissing all claims against Sheriff Lupe Valdez, Sgt. Stockton, CO Moreno, Nurse Brent, the nurse's unnamed supervisor, and the nurse's unnamed employer.

**SIGNED** this 6th day of January, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE