IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOGAN M. DRUMM,<br>    ID # 2032303,<br>        Plaintiff,<br>vs.<br><br>SHERIFF LUPE VALDEZ, et al.,<br>        Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:16-CV-3482-M-BH<br>§<br>§<br>§   Referred to U.S. Magistrate Judge[1] |

## ORDER

Before the Court for determination are plaintiff's *Motion for an Order Compelling Discovery* (doc. 75), and the *Motion for an Order Compelling Discovery* (doc. 76), both filed November 2, 2020.

An oral argument was conducted on the recording concerning the motions on December 22, 2020, via video conference. All parties appeared in person or through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, the motion is **GRANTED in part** and **DENIED in part.** The motion to compel the defendants who have appeared in this lawsuit to respond to the plaintiff's discovery requests is **GRANTED**, and those defendants shall serve their verified responses to the discovery requests and all relevant non-privileged responsive documents on the plaintiff by January 29, 2021. All objections, except privilege, are deemed waived. The motions to compel the three defendants who have not been served and who have not appeared in this lawsuit to respond to the plaintiff's discovery requests, and for sanctions or attorney's fees, are **DENIED**.

**SO ORDERED** on this 22nd day of December, 2020.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* prisoner case has been automatically referred for full case management.