IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOGAN M. DRUMM,<br>    ID # 2032303,<br>        Plaintiff,<br>vs.<br>SHERIFF LUPE VALDEZ, et al.,<br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>Civil Action No. 3:16-CV-3482-M-BH<br><br><br>Referred to U.S. Magistrate Judge[1] |

**ORDER**

Before the Court for determination is the prisoner plaintiff's *Motion for Compelling Discovery*, received February 22, 2021. He complains that he has not received the defendants' discovery, which was ordered to be provided to him by January 29, 2021, by order dated December 22, 2020 (doc. 84). On January 28, 2021, the plaintiff's current counsel was granted leave to appear in this district *pro hac vice*. (*See* doc. 87.) Because the plaintiff is now represented by counsel, any motions must be filed by counsel. Moreover, the *Parties' Response to Show Cause Order and Joint Status Report on Mediation*, filed February 11, 2021 (doc. 91), indicates that counsel received and is reviewing the discovery produced by the defendants on January 29, 2021. Finally, the deadline for completing discovery and filing discovery motions has long passed, and the plaintiff has not shown why the untimely motion should be allowed, especially since the discovery has been produced to his attorney. The motion to compel is **DENIED**.

**SO ORDERED** on this 23rd day of February, 2021.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* prisoner case has been automatically referred for full case management.