# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| LOGAN M DRUMM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-03482-M-BH |
| | § | |
| SRT WEEKS, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   WARDEN
      Texas Department of Criminal Justice
      James V. Allred Unit
      2101 FM 369 North
      Iowa Park, Texas 76367

AND

      DALLAS COUNTY SHERIFF

YOU ARE HEREBY COMMANDED to bring **Logan M. Drumm, TDCJ No. 02032303,** now in the custody of the **James V. Allred Unit-TDCJ-ID**, so that the inmate will be available for a Civil Jury Trial to begin on **November 15, 2021, at 8:00 a.m.**, in the U.S. District Court for the Northern District of Texas, 1100 Commerce, Dallas, Texas, before the Honorable Barbara M. G. Lynn, Chief United States District Judge.  The inmate shall be produced by the Sheriff for as long as such trial shall last.  At the conclusion of the trial, the Sheriff shall return said inmate under safe and secure conduct to his present place of confinement or such other facility as may be designated by the Texas Department of Criminal Justice, Correctional Institutions Division.

The **Clerk of Court** is directed to serve copies of this order on Plaintiff; Counsel for Plaintiff; Counsel for Defendants; the Warden of the James V. Allred Unit; Julie Thompson and

Debra Burleson, SCC Administrative Assistants; Sheriff, Dallas County Jail; and the U.S. Marshal Service.

**SO ORDERED**.

November 4, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE